**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Luciano PEREZ–SORTO, a/k/a Joker,**
**a/k/a Arturo, a/k/a Lucky,**
**Defendant–Appellant.**

No. 13–6377.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 5, 2013.

Luciano Perez–Sorto, Appellant Pro Se. Lisa Owings, Karen Martin Traster, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luciano Perez–Sorto seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Perez–Sorto has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*DISMISSED.*